IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI

United States
    plaintiff

v.                                    4:21-cr-00152-DGK

Christopher Stephens
    Defendant

Defendant Christopher Stephens Motion to Discharge Counsel And Appoint New Counsel

Comes now defendant Christopher Stephens and for his motion states:

1. Defendant Christopher Stephens is currently incarcerated

2. Defendant Stephens is presently represented by Steven Willibey

3. Defendant Stephens is claiming Inneffective assistance of Counsel, defense counsel has not kept defendant reasonably informed

4. Defense Counsel has not provided defendant with discovery to view, making it impossible to prepare the best defense of this nature

and cause of the accusations against him

5. Defendant Stephens has been informed pursuant to US Supreme Court case Class v US, 200 L Ed 37 (2018) that the plea of guilty is, of course, a confession of all the facts charged in the indictment, and also evil intent imputed to the defendant.

6. Defendant is entitled at the least to enter a plea of "guilty" or "not guilty" as he may choose on the basis of a fair and reasonable complete understanding of the nature and cause of the accusation against him. Defendant cannot upon a bare reading of the specific indictment now pending before the bar of the court understand the charges. Its clearly inneffective assistance of counsel that defense counsel has not provided defendant with all discovery that is within his possession and control. Or even file motions to obtain all discovery.

7. Defense Counsel does not inform defendant when he changes or re-schedules all hearings.

is allright with setting court dates way far ahead of normal proceedings. Such an approach is altogether incompatible with defendants Constitutional and Statutory rights to a fair and speedy trial.

8. Defense Counsel makes promises to defendant and does not follow through with those promises.

9. Defense Counsel promised defendant he would file bond hearings for "medical bond" reasons that are serious medical needs.

10. Defendant has not received adequate medical care, has a broke hip, broken shoulder, and initially was not given a wheelchair for months, forceing him to hop around. Being denied adequate medical care has made all medical issues worse off, creating a life long disability.

WHEREFORE, defendant respectfully request an order dischargeing present counsel and appointing New Counsel or CJA attorney pursuant to the Criminal Justice Act.

By: *Christopher Stephens*
   Christopher Stephens # 51727-509
   Bates County Detention
   6 West Fort Scott
   Butler, Mo. 64730       Date: 4/10/2022

## CERTIFICATE OF SERVICE
## PRISON MAIL BOX RULE

Defendant by his signature above pursuant to 28 USC 1746 declares under penalty of perjury that on the date set forth above he placed a copy of this pleading in the jail outgoing mail receptacle, with sufficient 1st class postage attached, addressed to the Clerk of Court for filing and service via CM/ECF.