Dear Court Clerk,

Please send me the proper forms, rules, local rules to file a TORT. Federal Tort Claims Act pursuant to 28 USC 2671 et seq

Lastly I've filed pro se motions and am asking to be heard.

Sincerely,
Christopher Stephens
51725-509
Bates County Detention
6 West Fort Scott
Butler, Mo. 64730

Christopher Stephens #59827
Bates County Detention
6 West Fort Scott
Butler, MO, 64730

I wrote Mr. Stephens a letter re his forms.
Kathy
Kathy E. Johnson
400 E 9th Street
Kansas City, MO, 64106

21-152-09
DGK
SK

MAILED FROM BATES COUNTY JAIL

RECEIVED

KANSAS CITY 640