# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI
## WESTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **Case No. 21-00152-09-CR-W-DGK** |
| | ) | |
| **CHRISTOPHER R. STEPHENS,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## ORDER

Pending are Defendant Christopher Stephens's pro se Motion for Medical Bond Hearing and Motion for Hearing. Docs. 84, 87. Pursuant to the Court's Scheduling, Trial, and Continuance Order, "*Pro se* filings **will not** be accepted for defendants who are represented by counsel." Doc. 75 at 3 (emphasis in original). Because Defendant is represented by counsel, any relief he seeks must be filed by his attorney of record. Accordingly, Defendant's pro se motions are **DENIED WITHOUT PREJUDICE**. If Defendant's counsel believes there is any merit to Defendant's pro se motions, he may file a separate motion.

      **IT IS SO ORDERED.**

DATE: June 21, 2022                                           */s/ W. Brian Gaddy*
                                                    W. BRIAN GADDY
                                                    UNITED STATES MAGISTRATE JUDGE